UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 00332
 DANNY DEAN DAVIS
 LINDA DALE DAVIS                         CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
 SSN XXX-XX-4704     SSN XXX-XX-9923

----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 01/13/06 and confirmed on 05/17/06.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $  30277.00 .

    4.   The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | 5881.23 | .00 | 5881.23 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 13521.00 | 982.40 | 13521.00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT B STEELE ESQ | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY INC | UNSECURED | NOT FILED | .00 | .00 |
| DSG GROUP | UNSECURED | NOT FILED | .00 | .00 |
| LOBEL FINANCIAL CORP | UNSECURED | 6689.80 | .00 | 6689.80 |
| MAXWELL & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 1249.13 | .00 | 1249.13 |
| ROUNDUP FUNDING LLC | UNSECURED | 625.96 | .00 | 625.96 |

                Summary of disbursements:
----------------------------------------------------------------------
| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 19402.23 | .00 | 8564.89 | .00 | 27967.12 |
| PRINCIPAL PAID | 19402.23 | .00 | 8564.89 | .00 | 27967.12 |
| INTEREST PAID | 982.40 | .00 | .00 | .00 | 982.40 |
| TOTAL PAID | 20384.63 | .00 | 8564.89 | .00 | 28949.52 |

The Debtor's attorney, EDWARD J VARGA                  , was allowed $      .00
and was paid $       .00 .

The Trustee received $  1299.18 .

Refunds to the Debtor totaled $     28.30 .

    Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability
in this case.


Dated: 10/08/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE  2
        CASE NO. 06 B 00332 DANNY DEAN DAVIS & LINDA DALE DAVIS